## KETCHAM and BLAKE *against* CLARK.

*Where an insolvent had assigned over all his estate for the benefit of his creditors, and a judgment was recovered in his name, in the court of common pleas, on which a writ of error was brought, the assignees, for whose benefit the suit was prosecuted, were ordered to give security for the costs.*

*IN error,* from the common pleas of *Ulster.*

The writ of error in this cause was returnable on the first day of the present term. *Sudam,* attorney for the defendant in error, now moved, that all proceedings on the part of the plaintiff in error be stayed, until security for the costs shall be filed. He read an affidavit, stating, that at the trial before the court below, the demand of the plaintiffs was reduced by a set-off of the defendant, below the sum of 25 dollars, and a verdict found, on which judgment was entered; that the plaintiffs, having become insolvent, had assigned all their property to *I.* and *G. Ketcham,* to pay a debt due to them, and afterwards to the other creditors of the plaintiffs, for whose benefit the present suit was commenced; that the present plaintiffs are insolvent, and unable to pay the costs of the suit, should the judgment below be affirmed, and that the present suit is brought at the instance of their assignees, and without their knowledge.

*Hawkins,* contra.

*Per Curiam.* It is just, that the assignees should be responsible for the costs. The case of *Webb* v. *Ward* and another, (7 *Term Rep.* 296.) is in point. Security must be given in the sum of 100 dollars.

Motion granted.